**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PLAINTIFFS OF RECORD,**

    **Plaintiffs,**

v.      Case No: 6:14-cv-1890-Orl-22GJK
                      6:14-cv-1891-Orl-22GJK
                      6:14-cv-1893-Orl-22GJK
                      6:14-cv-1894-Orl-22GJK
                      6:14-cv-1896-Orl-22GJK
                      6:14-cv-1897-Orl-22GJK
                      6:14-cv-1901-Orl-22GJK
                      6:14-cv-1918-Orl-22GJK
                      6:14-cv-1919-Orl-22GJK
                      6:14-cv-1920-Orl-22GJK
                      6:14-cv-1922-Orl-22GJK
                      6:14-cv-1923-Orl-22GJK
                      6:14-cv-1925-Orl-22GJK
                      6:14-cv-1927-Orl-22GJK
                      6:14-cv-1928-Orl-22GJK
                      6:14-cv-1929-Orl-22GJK
                      6:14-cv-1931-Orl-22GJK
                      6:14-cv-1932-Orl-22GJK
                      6:14-cv-1934-Orl-22GJK
                      6:14-cv-1935-Orl-22GJK
                      6:14-cv-1936-Orl-22GJK
                      6:14-cv-1937-Orl-22GJK
                      6:14-cv-1938-Orl-22GJK
                      6:14-cv-1939-Orl-22GJK
                      6:14-cv-1940-Orl-22GJK
                      6:14-cv-1941-Orl-22GJK
                      6:14-cv-1944-Orl-22GJK
                      6:14-cv-1945-Orl-22GJK
                      6:14-cv-1946-Orl-22GJK

**WALT DISNEY PARKS AND**
**RESORTS US, INC.,**

    **Defendant.**

_____

**ORDER**

The parties have filed a Stipulation for Voluntary Dismissal with Prejudice in each of the cases listed in the caption. The parties stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal

- 2 -

Rules of Civil Procedure, to dismissal with prejudice of Plaintiffs' claims in each case, with the parties to bear their own attorneys' fees and costs.

Based on the foregoing, it is ordered as follows:

1. The cases listed in the caption above are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 20, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record